UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMBER SULLIGAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. _____ |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Part 573 Safety Recall Report |
| 2. | MY 2021 Ford Mustang Mach-E brochure |
| 3. | MY 2022 Ford Mustang Mach-E brochure |
| 4. | *2022 Ford Mustang Mach-E MSRP and Invoice Price*, EDMUNDS.COM |
| 5. | June 13, 2022 NHTSA letter to Ford |
| 6. | *Testing in the Extremes: How Ford's Multiple Testing Facilities Push Vehicles to the Limit*, October 7, 2019, FORD.COM |

- 1 -