# Exhibit 2



## THE ALL-ELECTRIC MUSTANG MACH-E.
## WELCOME TO THE STABLE.

Introducing the 2021 Mustang Mach-E, the all-new, all-electric SUV with the heart of a legend. Infused with legendary Mustang heritage as well as its iconic design cues, Mustang Mach-E blends dynamic performance with SUV styling, plus cutting-edge connectivity and electrification to create the newest member of the Mustang family.

Some models will have a targeted EPA-estimated range of at least 300 miles,[1] and the GT version[2] with available equipment is targeting a 0-60 time of under 4 seconds.[3] A $500 refundable[4] reservation deposit,[5] placed at your dealership or through ford.com, will hold your place in line to order.

With a bold, powerful presence and spirited handling, the all-new Mustang Mach-E is getting ready to charge.

BUILT *Ford* PROUD

### 100% SOUL-STIRRING

**Mustang DNA** Iconic Pony design cues are clearly visible in the exterior muscles, sloping fastback and sequential tri-bar turn signals of Mustang Mach-E. The Mustang spirit reveals itself on every drive.

**AWD** With the ability to apply torque independently to the front and rear axles, the available all-wheel drive (AWD) system can send up to 100% of available torque to either axle at any time – providing real SUV capability for challenging conditions.

**Torque-drenched exhilaration** The all-electric drivetrain means nearly instant torque and power. The Mustang Mach-E is targeting to take less than half a second for the motors to reach maximum torque.[3] It's like nothing you've felt before.

### 100% TECH-FOCUSED

**Ford Co-Pilot360™ Technology** From the driveway to the highway, driver-assist technologies[6] are designed to help you feel confidently in command. Ford Co-Pilot360 2.0 and Ford Co-Pilot360 Assist 2.0 are standard on every Mustang Mach-E.

**Seamless charging** The standard mobile charge cord or Ford Connected Charge Station gives you peace of mind at home. DC fast-charge capability gives you quicker charging on the go, allowing you to add miles in a short amount of time to recharge your vehicle.[7]

**Connected, adaptable experience** Next Generation SYNC® inhabits a 15.5" center touchscreen to become your seamless digital partner that's cloud-connected and ready to adapt to your preferences. Apps you use frequently will appear on screen upon starting the vehicle. The 10.2" digital instrument cluster is customizable as well, displaying 3-D animations for the three drive experiences (Whisper, Engage and Unbridled).

**Phone as a Key**[8] Using Bluetooth® Low Energy, you can drive Mustang Mach-E with your smartphone alone – which has many of the same functions as a traditional key fob – even alerting Mustang Mach-E to your presence as you approach the vehicle.

### 100% SUV

**Versatility and space** A spacious SUV design pays off in real-world interior benefits, like an open and airy cockpit with plenty of usable space for passengers and gear.

**Front trunk** Water-resistant and drainable, this under-the-hood space can handle wet or dry storage, or fit your carry-on bag for trips.[9]

**Drive for 5** You – and up to 4 passengers – can enjoy the spacious comfort of the 2021 Mustang Mach-E. So you're free to bring your tribe along for the adventure.

[1]Based on full charge when configured with optional extended range battery and RWD. Actual range varies with conditions such as external elements, driving behaviors, vehicle maintenance and lithium-ion battery age. Final EPA-estimated ratings available in the 2020 calendar year. [2]Available Spring 2021. [3]Based on manufacturer calculation using computer engineering simulations. Your results may vary. [4]Typically, refunds will be received in 7-10 business days and will be credited to your original form of payment. For more information, review the Reservation Terms and Conditions at https://www.ford.com/help/terms-conditions/#reservation. [5]By completing the Reservation Process, you are not ordering or purchasing a vehicle. Participation in the Program does not guarantee you vehicle delivery. Your Reservation does not guarantee you a set price for the vehicle. See Reservation Terms and Conditions at https://www.ford.com/help/terms-conditions/#reservation for details. [6]Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. [7]Charge time based on manufacturer calculation using computer engineering simulations. The charging rate decreases as battery reaches full capacity. Your results may vary based on peak charging times and battery state of charge. [8]Requires feature activation. [9]Cargo and load capacity limited by weight and weight distribution.

Premium in Carbonized Gray with available equipment. Pre-production model shown.



# THE LINEUP


### SELECT
MSRP starting at $43,895[1]
Available Early 2021

LED headlamps with signature lighting, and LED taillamps with sequential turn signals
Phone as a Key
15.5" center touchscreen
10.2" digital instrument cluster
Ford Co-Pilot360™ 2.0
Ford Co-Pilot360 Assist 2.0
Up to 150-kWh fast-charge capability


### PREMIUM
MSRP starting at $50,600[1]
Available Late 2020

Includes key Select features, plus:
Panoramic fixed-glass roof
Heated front seats with driver-side memory feature and heated steering wheel
Power-folding sideview mirrors with memory
B&O Sound System with 10 speakers
Active Park Assist 2.0 and 360-Degree Camera
Hands-free, foot-activated liftgate


### CALIFORNIA ROUTE 1
MSRP starting at $52,400[1]
Available Early 2021

Includes key Select features, plus:
Unique exterior design, badging
Panoramic fixed-glass roof
Memory feature for driver's seat
Power-folding sideview mirrors with memory
Active Park Assist 2.0 and 360-Degree Camera


### FIRST EDITION
MSRP starting at $59,900[1]
Available Late 2020
Limited quantities

Includes key Premium features, plus:
Red-painted brake calipers
Brushed Aluminum unique pedal covers
Contrasting seat stitching
"First Edition" scuff plates


### GT
MSRP starting at $60,500[1]
Available Spring 2021

Includes key Select features, plus:
20" cast-aluminum wheels
Permanent-Electric Dual Motor All-Wheel Drive
Hands-free, foot-activated liftgate
B&O Sound System with 10 speakers
124-mph top speed
459 peak horsepower[3]

| | Standard Range Rear-Wheel Drive | Standard Range All-Wheel Drive | Standard Range Rear-Wheel Drive | Extended Range Rear-Wheel Drive | Standard Range All-Wheel Drive | Extended Range All-Wheel Drive | Extended Range Rear-Wheel Drive | Extended Range All-Wheel Drive | Extended Range All-Wheel Drive |
|---|---|---|---|---|---|---|---|---|---|
| Battery (kWh) | 75.7 | 75.7 | 75.7 | 98.8 | 75.7 | 98.8 | 98.8 | 98.8 | 98.8 |
| Targeted EPA-estimated range[2] | At least 230 miles | At least 210 miles | At least 230 miles | At least 300 miles | At least 210 miles | At least 270 miles | At least 300 miles | At least 270 miles | At least 235 miles |
| Targeted 0-60 mph[3] | Low-6 seconds | Mid-5 seconds | Low-6 seconds | Mid-6 seconds | Mid-5 seconds | Mid-5 seconds | Mid-6 seconds | Mid-5 seconds | Mid-3 seconds |
| Targeted horsepower[3] | 255 | 255 | 255 | 282 | 255 | 332 | 282 | 332 | 459 |


**18" Carbonized Gray-Painted Aluminum**
Standard: Select


**19" Machined-Face Aluminum with High Gloss Black-Painted Pockets**
Standard: Premium, First Edition


**20" Cast-Aluminum with Aero Cover**
Standard: GT


**19" Shadow Silver-Painted Aluminum with High Gloss Black-Painted Aero Cover**
Available: Select


**18" Magnetic-Painted Aluminum with Sparkle Silver and Black Aero Cover**
Standard: California Route 1


**20" Premium Forged Machined-Face Dark Tarnish-Painted**
Available: GT



**Grabber Blue Metallic** — First Edition, GT
**Star White Metallic Tri-coat** — Select, Premium, California Route 1, GT
**Shadow Black** — Select, Premium, California Route 1, GT
**Iconic Silver Metallic** — Select, Premium, California Route 1, GT
**Rapid Red Metallic Tinted Clearcoat** — All trims
**Carbonized Gray Metallic** — All trims
**Space White Metallic** — Select, Premium, California Route 1, GT
**Infinite Blue Metallic Tinted Clearcoat** — Select, Premium, California Route 1, GT



### CHARGING OPTIONS

Whether at home or on the go, Ford is making it easy to charge your Mustang Mach-E with solutions designed around you.

**Ford Mobile Charger** Allows the flexibility of charging your vehicle with a standard home outlet (120V), or charging faster using a 240V outlet that large appliances use.[4]

**Ford Connected Charge Station** This optional charge station (shown) can be installed in your home to fully power your vehicle overnight while you sleep.[4]



**FordPass™ Charging Network** Mustang Mach-E buyers will have simple and easy access via the FordPass App[5] to the FordPass Charging Network – the largest public charging network in North America offered by automotive manufacturers with over 12,000 charging stations (over 35,000 plugs) and growing.[6]

### POTENTIAL TAX INCENTIVES[7]

- Mustang Mach-E customers may qualify for as much as $7,500 in Federal Tax Credits.
- Depending on where you live and your personal tax situation, you may qualify for other tax incentives from your state or city for buying an electric vehicle.

[1]MSRP for base vehicle. Excludes destination/delivery fee plus government fees and taxes, and finance charges, and dealer processing charge, and electronic filing charge, and any emission testing charge. Optional equipment not included. Starting A, Z and X Plan price is for qualified, eligible customers and excludes document fee, destination/delivery charge, taxes, title and registration. Not all vehicles qualify for A, Z and X Plan. All Mustang Shelby GT350 and Shelby GT350R prices exclude gas guzzler tax. Vehicle image shown is for illustration purposes only and may not be the base vehicle. [2]Based on full charge. Targeted range applies to an available configuration. Actual range varies with conditions such as external elements, driving behavior, vehicle maintenance and lithium-ion battery age. [3]Based on manufacturer computer engineering calculations. Your results may vary. [4]Range and charge time based on manufacturer computer engineering calculations. The charging rate decreases as battery reaches full capacity. Your results may vary based on peak charging times and battery state of charge. Actual range varies with conditions such as external elements, driving behaviors, vehicle maintenance and lithium-ion battery age. [5]FordPass Connect (optional on select vehicles), the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technologies/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. [6]Based on original equipment manufacturers (OEM)/automotive manufacturers that sell all-electric vehicles and have publicly announced charging networks. Department of Energy data used. FordPass, compatible with select smartphone platforms, is available via a download. Message and data rates may apply. [7]https://www.afdc.energy.gov/laws/409. This information does not constitute tax or legal advice. Please consult with your own tax or legal professional to determine eligibility, specific amount of incentives or rebates available. Incentives and additional rebates are not within Ford's control. The Federal tax credit is a potential future tax savings.

BANG & OLUFSEN and B&O are registered trademarks of Bang & Olufsen Group.  GT350 and Shelby are registered trademarks of Carroll Hall Shelby Trust.

Ford reserves the right to change product specifications at any time without incurring obligations. Some information and photos in this brochure are preliminary and are subject to change. Some features shown and described may be optional. Following release of this PDF, certain changes in standard equipment, options and the like, or product availability or delays may have occurred which would not be included in these pages. Your Ford Dealer is the best source for up-to-date information. Claims based on publicly available information and Ford certification data at the time of release. Vehicles throughout this PDF may be shown with available and aftermarket equipment.

©2019 Ford Motor Company Printed in the USA. Please recycle.



### RESERVE TODAY[1]

Place your reservation at your dealership or at ford.com.

Configure your Mustang Mach-E.

Finalize your decision with a $500 refundable[2] reservation deposit[1] to hold your place in line.



Premium in Star White with available equipment / Premium Black Onyx interior with available equipment.  Pre-production model shown.

[1]By completing the Reservation Process, you are not ordering or purchasing a vehicle. Participation in the Program does not guarantee you vehicle delivery. Your Reservation does not guarantee you a set price for the vehicle. See Reservation Terms and Conditions at https://www.ford.com/help/terms-conditions/#reservation for details. [2]Typically, refunds will be received in 7-10 business days and will be credited to your original form of payment. For more information, review the Reservation Terms and Conditions at https://www.ford.com/help/terms-conditions/#reservation.