# Exhibit  3





# ICONIC PONY DNA.
# ALL-ELECTRIC SUV.

The 2022 Ford **MUSTANG MACH-E®** is redefining the shape of freedom. It's a soul-stirring SUV with undeniable Ford Mustang® DNA. The sloping fastback and sequential tri-bar turn signals. The bold shark nose front. The pushed-back A-pillar. The muscular haunches. The arresting stare. It's easy to recognize that this all-electric Pony is a member of the **LEGENDARY STABLE.**

**Cover: PREMIUM.** Rapid Red Metallic Tinted Clearcoat.¹ Available equipment. Available at EV-certified Ford Dealers.
**PREMIUM.** Rapid Red Metallic Tinted Clearcoat.¹ Panoramic fixed-glass roof. 19" wheels. Available equipment.
**1.** Additional charge.
Vehicle imagery throughout this brochure may be computer-generated and may include available equipment.



# VERSATILE.
# INSIDE AND OUT.

Your party of 5 will find **PLENTY OF HEAD AND LEG ROOM** within this spacious, well-appointed interior. Under the hood, the water-resistant frunk offers you washable, drainable **FRONT-LOAD FREEDOM.** In the back, split-fold-flat rear seats make way for cargo inside.² Where the Ford Mustang Mach-E® meets the road, you'll benefit from standard traction control and AdvanceTrac™ electronic stability control³ designed to help you keep the **JOY IN EVERY RIDE.**

**PREMIUM.** Star White Metallic Tri-coat.¹ Available equipment.

**1.** Additional charge. **2.** Cargo and load capacity limited by weight and weight distribution. **3.** Remember that even advanced technology cannot overcome the laws of physics. It's always possible to lose control of a vehicle due to inappropriate driver input for the conditions.

Cargo and load capacity limited by weight and weight distribution.







# EXHILARATION.
# ELECTRIFIED.

Ford Mustang Mach-E® delivers a driving experience like no other Mustang before it. We're talking uninhibited exhilaration on every drive – courtesy of the all-electric drivetrain with its **BREATHTAKING POWER AND TORQUE.** It takes less than half a second[1] to reach maximum torque. You also get electric power-assisted steering and a fully independent suspension, which is designed for lightweight strength, working together to channel this thrilling output to the road.

**INSTANT POWER AND ALL-SEASON ADVENTURES** await those who select the available electric All-Wheel-Drive (eAWD) System. It can use both front and rear motors at the axles for an impressive display of acceleration and handling. In challenging road conditions, it can distribute power as needed.



**PREMIUM.** Rapid Red Metallic Tinted Clearcoat.[2] Available equipment.
**1.** Calculated via peak performance of the electric motor(s) at peak battery power. Your results may vary. **2.** Additional charge.



# A THRILL TO DRIVE.

**GT**

Prepare yourself for a **HEAD-TURNING, HEART-POUNDING EXPERIENCE.** Paired with an upgraded secondary electric motor, the Ford Mustang Mach-E® GT is designed for even more fun through the turns with eAWD. An illuminated Pony badge – unique to GT – stands out above the splitter and air curtains on the lower front fascia. 20" cast-aluminum rims, red-painted Brembo™ brake calipers, and the ability to send an impressive level of torque to the front axle when needed, all contribute to the GT identity.

GT models also give you **UNBRIDLED EXTEND** – a track- and closed-course-only drive mode – designed to balance power output for lap-time consistency. You can activate this mode for more performance-oriented traction and stability control tuned specifically for track use – plus spirited driving sounds inside the cabin.

The **PERFORMANCE-ORIENTED DESIGN** continues with Miko® sueded cloth inserts gracing the Black Onyx ActiveX™ Trimmed Seats, which also feature Copper Metallic stitching and piping. GT lettering sets off the front door-sill scuff plates, while the B&O® Sound System amplifies your audio inspiration on every ride.

- 0–60 IN 3.8 SECONDS[1]
- 480 HORSEPOWER[2,3]
- 600 LB.-FT. OF TORQUE[2,3]

**GT.** Cyber Orange Metallic Tri-coat.[4] Available equipment.

**1.** Ford test data based on typical industry methodology using 1-ft. rollout. GT equipped with extended-range battery and eAWD. Your results may vary. **2.** Horsepower and torque are independent attributes and may not be achieved simultaneously. **3.** Calculated via peak performance of the electric motor(s) at peak battery power. Your results may vary. **4.** Additional charge.

# GT

## PERFORMANCE EDITION

# THE RUSH IS REAL.

- 0-60 IN 3.5 SECONDS[1]
- 480 HORSEPOWER[2,3]
- 634 LB.-FT. OF TORQUE[2,3]

Get ready for a **JAW-DROPPING RIDE.** We're talking wide 20" wheels, all-aluminum red Brembo™ Flexira™ brake calipers, and riding lower than any other Ford Mustang Mach-E® model, the GT Performance Edition is set for swiftness. Plus, the MagneRide® Damping System can adjust each damper independently – 1,000x per second – for **ULTRA-QUICK RESPONSIVENESS.** Inside, eye-catching front seats are sculpted to keep you comfortable, featuring unique Performance Gray ActiveX™ Trimmed Seats with Metal Gray Metallic stitching and reflective, perforated Miko® inserts. Plus, there's a unique aluminum appliqué across the instrument panel. This top-of-the-lineup Mustang Mach-E aims for your **REBELLIOUS STREAK.**



**GT.** Grabber Blue Metallic. Available GT Performance Edition. Available equipment.
**1.** Ford test data based on typical industry methodology using 1-ft. rollout. GT equipped with Performance Edition package including extended-range battery and eAWD. Your results may vary. **2.** Horsepower and torque are independent attributes and may not be achieved simultaneously. **3.** Calculated via peak performance of the electric motor(s) at peak battery power. Your results may vary.

# PERSONALIZED.
# AS YOU WISH.

Beautifully streamlined. **SEAMLESSLY CONNECTED.** Every Ford Mustang Mach-E® model comes with Intelligent Access key fobs. You can also download the FordPass™ App[1] to your smartphone to unlock **PHONE AS A KEY** access.[2] Either way, your Mustang Mach-E recognizes you when you get close. Just press the illuminated E-Latch button to release your door. Then step into your cabin personalized by up to **3 DRIVER PROFILES** – which recall your settings, plus radio, navigation, driver-assist features and more – to experience **THE FUTURE OF EXHILARATION.**

**HEART-POUNDING BASS**
The available B&O® Sound System pumps 560 watts through 10 speakers including a subwoofer, so you can crank up your road-trip playlists.

**CORD-FREE CONVENIENCE**
Go ahead, forget about your smartphone charging cord. Mustang Mach-E has you covered with a wireless charging pad[3] in the center console.

**PREMIUM.** Dark Matter Gray Metallic. Available equipment.

**1.** FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **2.** Requires feature activation. Not compatible with all mobile phones. **3.** Qi wireless charging may not be compatible with all mobile phones.





# RESPONSIVE.
# TO YOUR MOOD.

**DRIVE MODES**

The **UNBRIDLED** mode fuses exciting acceleration and sporty handling with energizing sounds. The cluster design pulses with throttle input, while the ambient lighting glows Orange. It's an exhilarating ride. GT models also get an **UNBRIDLED EXTEND** mode for track- and closed-course-only use.

**ENGAGE** mode enhances a fun and productive drive with subtle propulsion sounds inside the cabin. The ambient lighting and informative ECO Coach graphics on the digital cluster are both encouraging hues of Blue.

Enjoy the feeling of gliding and coasting with **WHISPER** mode. Teal waves in the cluster ebb and flow with the vehicle's movement, and there are no driving-related sounds added. It's a calm, quiet cruise.

For those days when you're seeking simplicity, every Ford Mustang Mach-E® model features the **ONE-PEDAL DRIVING** mode. Driving with this mode activated allows you to control both your acceleration and your deceleration by simply using the accelerator – even letting you ease the vehicle to a stop without touching the brake in certain situations.¹ Of course, the brake pedal is still the best way to hold the vehicle in place at a complete stop. But **THERE'S NO END TO THE FUN** you'll have exploring all of your Drive Modes.

**PREMIUM.** Black Onyx Perforated ActiveX™ Trimmed Seats. Unbridled Drive Mode. Available equipment.
**1.** One-Pedal Driving mode is an extra driving aid. It does not replace the driver's attention and judgment, or the need to apply the brakes. See Owner's Manual for details and limitations.





## VOICE-ACTIVATED SYNC 4A

**PERSONALIZED EXPERIENCE**
As it learns your habits, SYNC® 4A with Enhanced Voice Recognition[1] personalizes the content on the vibrant 15.5" touchscreen in the center of your Ford Mustang Mach-E® dashboard. It might show you the quickest route to work on Mondays, or to your favorite hiking spot on Saturday afternoons.

**CLOUD-BASED CONNECTIVITY**
Whenever you're connected to the cloud, SYNC 4A offers you a conversational style of interaction and much more. You can navigate with real-time weather, traffic, construction, parking and electric vehicle charging information along your route.[2] Plus, see business hours, ratings and more in the Points-Of-Interest information.[2]

**APPLE CARPLAY AND ANDROID AUTO**
Enjoy wireless connectivity with Apple CarPlay® and Android Auto™ compatibility,[3] projected right on your vehicle's touchscreen, and you can interact with them using familiar voice commands.

**FORD ASSISTANT**
Use conversational voice commands to talk to your Mustang Mach-E and get almost any question answered about your vehicle. Access your apps, traffic, weather and more simply by speaking how you normally would, and the Ford Assistant will take care of the rest.

**DIGITAL OWNER'S MANUAL**
While the vehicle is in Park, you can access the Digital Owner's Manual to learn about vehicle features and even watch quick how-to videos, all on the large touchscreen.[4]

## FORD POWER-UP SOFTWARE UPDATES

Advance your ownership experience with Ford Power-Up software updates designed to enhance several aspects of your Mustang Mach-E, from quality to capability to convenience. Many of these secure wireless updates will be delivered directly to your vehicle via FordPass™ Connect.[4]



# CONNECTED.
# TO YOUR WAYS.



SCAN TO LEARN MORE
or visit Ford.com/SYNC
Data rates may apply.

1. Don't drive while distracted or while using handheld devices. Use voice-operated systems when possible. Some features may be locked out while the vehicle is in gear. Not all features are compatible with all phones. 2. Navigation services require SYNC 4 and FordPass Connect, complimentary Connected Service and the FordPass App (see FordPass Terms for details). Eligible vehicles receive a complimentary 3-year trial of navigation services that begins on the new vehicle warranty start date. Customers must unlock the navigation service trial by activating the eligible vehicle with a FordPass member account. If not subscribed by the end of the complimentary period, the connected navigation service will terminate, and the system will revert to embedded offline navigation. Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. The FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. 3. Requires phone with active data service and compatible software. SYNC 4 does not control 3rd-party products while in use. 3rd parties are solely responsible for their respective functionality. 4. FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot.



# CONFIDENCE.
## MILE AFTER MILE.

Changing lanes. Keeping your distance. Helping avoid potential collision hazards. Ford Co-Pilot360™ Technology **DRIVER-ASSIST FEATURES**[1] can help you in a variety of situations and conditions, as they can supplement your driving skills and help you feel confidently in command.

## FORD CO-PILOT360 TECHNOLOGY

### FORD CO-PILOT360 2.0

*Standard on every 2022 Ford Mustang Mach-E®*

- Pre-Collision Assist with Automatic Emergency Braking
- BLIS® (Blind Spot Information System) with Cross-Traffic Alert
- Lane-Keeping System
- Rear Parking Sensors
- Reverse Brake Assist
- Post-Collision Braking
- Auto High-Beam Headlamps
- Rear View Camera

### FORD CO-PILOT360 ASSIST 2.0

*Standard on every 2022 Ford Mustang Mach-E*

- Intelligent Adaptive Cruise Control with Stop-and-Go, Lane Centering Assist and Speed Sign Recognition
- Intersection Assist
- Evasive Steering Assist
- Connected Built-In Navigation System[2]

### FORD CO-PILOT360 ACTIVE 2.0

*Standard on California Route 1 and Premium; Available on Select and GT*

- Ford BlueCruise hands-free highway driving technology[3]
- Active Park Assist™ 2.0

### STANDARD FEATURES

*Standard on every 2022 Ford Mustang Mach-E*

- Audible Vehicle Alert System (alerts pedestrians)
- Rain-Sensing Windshield Wipers
- Front Parking Sensors
- Autolamp (Automatic On/Off Headlamps)

### AVAILABLE FEATURE

*Standard on California Route 1 and Premium; Available on Select and GT*

- 360-Degree Camera with Split View and Front Washer

## FORD BLUECRUISE
### HANDS-FREE HIGHWAY DRIVING TECH

*Road-trip drivers rejoice – available Ford BlueCruise[3] has arrived. It's our Ford Co-Pilot360 Technology designed to help reduce the stress of some divided highway driving situations. Ford BlueCruise builds upon available Intelligent Adaptive Cruise Control with Stop-and-Go, Lane Centering Assist and Speed Sign Recognition. It allows you to operate the vehicle hands-free, while being monitored by a driver-facing camera to make sure you're keeping your eyes on the road. This feature is compatible on prequalified sections of divided highways called Hands-Free Blue Zones that make up over 130,000 miles of North American roads.*

SCAN TO LEARN MORE
or visit Ford.com/Co-Pilot-360
Data rates may apply.

**SELECT.** Shadow Black. Available equipment.

**1.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. It does not replace safe driving. See Owner's Manual for details and limitations. **2.** Navigation services require SYNC®4 and FordPass™ Connect, complimentary Connected Service and the FordPass App (see FordPass Terms for details). Eligible vehicles receive a complimentary 3-year trial of navigation services that begins on the new vehicle warranty start date. Customers must unlock the navigation service trial by activating the eligible vehicle with a FordPass member account. If not subscribed by the end of the complimentary period, the connected navigation service will terminate, and the system will revert to embedded offline navigation. Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. The FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **3.** Driver-assist features are supplemental and do not replace the driver's attention, judgment and need to control the vehicle. Ford BlueCruise is a hands-free highway driving feature. Only remove hands from the steering wheel when in a Hands-Free Blue Zone. Always watch the road and be prepared to resume control of the vehicle. It does not replace safe driving. See Owner's Manual for details and limitations. Requires purchased 3-year connected service plan with regular map updates, FordPass App and modem activation.

## LIBERATING.
# FIND YOUR FREEDOM.

## 314 MILES
**EPA-ESTIMATED RANGE**[1]

Ford Mustang® drivers have been answering the call of the open road for generations – and that freedom continues with Ford Mustang Mach-E.® That's why we offer a **CHOICE OF BATTERY** options. The standard-range battery comes standard on Select and Premium models, while the extended-range battery is standard on GT and California Route 1 models, and is available on Premium. Whichever model you choose, the **REGENERATIVE BRAKING SYSTEM** can capture more than 90% of the energy normally lost during braking and reuse it to recharge the battery while you drive.[2]



### SMART UPDATES ON RANGE
Intelligent Range can predict your remaining battery range based on past driving behavior, weather forecasts and even crowdsourced data. Ford Power-Up software updates[3] are planned to enable even more accurate predictions – including factoring in real-time traffic conditions, terrain and elevation of a given route and more – so the vehicle can let you know if you'll need a charging stop.

### KNOW BEFORE YOU GO
The Power My Trip feature in the FordPass™ App[3] recommends a navigational route based on your battery level and available places to recharge, so your all-electric road trips can be fun and easy. You can also access this feature on the 15.5" touchscreen inside of the vehicle.

**CALIFORNIA ROUTE 1.** Iced Blue Silver Metallic. Available equipment.
**1.** California Route 1 extended-range battery RWD. Based on full charge. Actual range varies with conditions such as external environment, vehicle use, vehicle maintenance and lithium-ion battery age and state of health. **2.** Results may vary based on driving habits. **3.** FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot.



**SCAN TO LEARN MORE**
or visit Ford.com/mapyourtrip
Data rates may apply.



## EMPOWERING.
## CHARGE WITH EASE.

**CHARGE AT HOME**
The included Ford Mobile Charger (shown) makes it easy to plug into a 120V or 240V power outlet to charge your vehicle's battery. For even faster charging at home,[1] you can use the available Ford Connected Charge Station, which can also be controlled by compatible smart home devices. Plus, you can get insight into your charge sessions wherever you are right from the FordPass™ App.[2]

**CHARGE SMARTLY**
Pre-conditioning allows your vehicle to manage cabin temperatures[3] while it's plugged in, using electricity from your charging source rather than the battery, which helps optimize range. For road-trip planning, there's FordPass Power My Trip.[2] It shows you where to charge along your route, as well as charge station power levels and pricing, and even lets you activate charging – all from the touchscreen or the FordPass App. Activate Plug & Charge for seamless charging payments. Pull up, plug in, and we'll take care of the rest.

**CHARGE ACROSS NORTH AMERICA**
Ford Mustang Mach-E® owners can enjoy 2 years of complimentary access to pay-as-you-go charging in the BlueOval™ Charge Network[4] – the largest public charging network in North America offered by automotive manufacturers – with over 19,500 charging stations, including DC Fast Chargers.[5] Use the FordPass App or SYNC® 4A touchscreen to easily find charging from virtually anywhere.




**GT.** Cyber Orange Metallic Tri-coat.[6] Available equipment.
**PREMIUM.** Rapid Red Metallic Tinted Clearcoat.[6] Available equipment.

**1.** Ford Electric Vehicles include the all-electric Mustang Mach-E and Ford Plug-in Hybrid Electric Vehicles. Home charging refers to AC charging. (https://www.energy.gov/eere/electricvehicles/charging-home). **2.** FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. The FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **3.** Effectiveness of cabin conditioning may be reduced by extreme outside temperatures or when using 120-volt charging. **4.** Complimentary 2-year trial begins with EV New Vehicle Limited Warranty start date. Customer will be billed for all fees including but not limited to fees for use of charging stations and any related parking fees. **5.** Based on original equipment manufacturers (OEM)/automotive manufacturers that sell all-electric vehicles and have publicly announced charging networks. Department of Energy data used. **6.** Additional charge.



## MECHANICAL

AC/DC Charging

Brembo™ front brake calipers

Ford Mobile Charger with connector (120V and 240V capability)

Selectable Drive Modes: Engage, Whisper and Unbridled

Tire inflator and sealant kit

Transmission – Single-speed automatic

## FORD CO-PILOT360™ TECHNOLOGY

Audible Vehicle Alert System

AutoLamp (Automatic On/Off Headlamps)

**Ford Co-Pilot360 2.0:** Auto High-Beam Headlamps; BLIS® (Blind Spot Information System) with Cross-Traffic Alert; Lane-Keeping System (includes Lane-Keeping Aid, Lane-Keeping Alert and Driver Alert System); Pre-Collision Assist with Automatic Emergency Braking (AEB) (includes Pedestrian Detection, Forward Collision Warning and Dynamic Brake Support); Post-Collision Braking; Rear View Camera; Reverse Brake Assist; and Rear Parking Sensors

**Ford Co-Pilot360 Assist 2.0:** Intelligent Adaptive Cruise Control with Stop-and-Go, Lane Centering Assist and Speed Sign Recognition; Intersection Assist; Evasive Steering Assist; and Connected Built-In Navigation System[1,2] with pinch-to-zoom capability, live traffic, predictive destinations, route guidance, EV Trip Planner and 3-year service plan

Front Parking Sensors

Rain-Sensing Windshield Wipers

## COMFORT & CONVENIENCE

8-way power driver's seat

12V powerpoints (2)

Dual-zone electronic automatic temperature control

E-Latch Push Button Door Openers

Intelligent Access with push-button start

SecuriCode® keypad

Wireless charging pad

## APPEARANCE

LED taillamps with sequential rear turn signals

Power, heated sideview mirrors with Pony projection lamps and integrated LED turn signal indicators

## CONNECTIVITY AND ENTERTAINMENT

10.2" digital instrument cluster screen

Connected Built-In Navigation[1,2] with 3-year trial

Enhanced memory settings for driver's display, audio, navigation and Driver-Assist Technologies

FordPass™ Connect[3] with 4G LTE Wi-Fi hotspot capability[3]

Phone As A Key (enabled by the FordPass App)

SiriusXM® with 360L and 3-month Platinum Plan trial subscription[4]

SYNC® 4A with Enhanced Voice Recognition, 15.5" LCD capacitive touchscreen with 911 Assist,® AppLink,® wireless Apple CarPlay™ compatibility, wireless Android Auto™ compatibility, Digital Owner's Manual, Ford Power-Up software updates, cloud connectivity, Adaptive Dash Cards, and 4 smart-charging USB ports

## SAFETY & SECURITY

Personal Safety System™ for driver and front passenger includes dual-stage front airbags,[5] safety belt pretensioners, safety belt energy management retractors, safety belt usage sensors, driver's seat position sensor, crash severity sensor, restraint control module and Front-Passenger Sensing System

Driver's knee, glove-box-door-integrated knee, front-/rear-seat side, and side-curtain airbags[5]

Individual Tire Pressure Monitoring System (TPMS)

MyKey® technology to help encourage responsible driving

SOS Post-Crash Alert System™

**Ford Mustang Mach-E® is available only on EV-certified Ford Dealers.**

**1.** Navigation services require SYNC 4 and FordPass Connect, complimentary Connected Service and the FordPass App (see FordPass Terms for details). Eligible vehicles may receive a complimentary 90-day trial of navigation services, or if applicable, a 3-year trial of built-in navigation services that begin on the new vehicle warranty start date. Customers must unlock the navigation service trial by activating the eligible vehicle with a FordPass member account. If not subscribed by the end of the complimentary period, the navigation service will terminate, or depending on vehicle, the built-in connected navigation service will terminate. Built-in navigation will revert to embedded offline navigation after termination. **2.** FordPass Connect, the FordPass App, and complimentary Connected Service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot.

**3.** Wi-Fi hotspot includes complimentary wireless data trial that begins upon AT&T activation and expires at the end of 3 months or when 3GB of data is used, whichever comes first. To activate, go to www.att.com/ford. **4.** Trial length and service availability may vary by model, model year or trim. Radio features, content and display may vary by vehicle. Some features may not be available while driving. Your trial subscription will automatically stop at the end of your trial period. Subscriptions offered and sold separately by SiriusXM for continued use after trial. Services are subject to the SiriusXM Customer Agreement and Privacy Policy available at siriusxm.com which includes complete terms and how to cancel which includes online methods or calling 1-866-635-2349. All fees, content and features are subject to change. **5.** Always wear your safety belt and secure children in the rear seat. **6.** Horsepower and torque are independent attributes and may not be achieved simultaneously. **7.** Calculated via peak performance of the electric motor(s) at peak battery power. Your results may vary. **8.** Ford test data based on typical driving methodology using 1-ft. rollout. **9.** GT equipped with extended-range battery and eAWD. Your results may vary. **10.** GT equipped with Performance Edition package including extended-range battery and eAWD. Your results may vary. **11.** Based on full charge. Actual range varies with conditions such as external environment, vehicle use, vehicle maintenance and lithium-ion battery age and state of health. **12.** Cargo and load capacity limited by weight and weight distribution. **13.** Cargo capacity based on load floor in the lowest position.

| | BATTERY (kWh) | HORSE POWER[6,7] | TORQUE[7] (lb.-ft.) | 0–60 MPH[8] (seconds) |
|---|---|---|---|---|
| **SELECT** | | | | |
| Standard-Range Battery (RWD) | 70 | 266 | 317 | 5.8 |
| Standard-Range Battery (eAWD) | 70 | 266 | 428 | 5.2 |
| **CALIFORNIA ROUTE 1** | | | | |
| Extended-Range Battery (RWD) | 91 | 290 | 317 | 6.1 |
| Extended-Range Battery (eAWD) | 91 | 346 | 428 | 4.8 |
| **PREMIUM** | | | | |
| Standard-Range Battery (RWD) | 70 | 266 | 317 | 5.8 |
| Standard-Range Battery (eAWD) | 70 | 266 | 428 | 5.2 |
| Extended-Range Battery (RWD) | 91 | 290 | 317 | 6.1 |
| Extended-Range Battery (eAWD) | 91 | 346 | 428 | 4.8 |
| **GT** | | | | |
| Extended-Range Battery (eAWD) | 91 | 480 | 600 | 3.8[9] |
| **GT PERFORMANCE EDITION** | | | | |
| Extended-Range Battery (eAWD) | 91 | 480 | 634 | 3.5[10] |

| | BATTERY (kWh) | RANGE |
|---|---|---|
| **EXTENDED-RANGE BATTERY** | | |
| California Route 1 (RWD) | 91 | 314 |
| California Route 1 (eAWD) | 91 | 312 |
| Premium (RWD) | 91 | 303 |
| Premium (eAWD) | 91 | 277 |
| GT (eAWD) | 91 | 270 |
| GT Performance Edition (eAWD) | 91 | 260 |
| **STANDARD-RANGE BATTERY** | | |
| Select (RWD) | 70 | 247 |
| Select (eAWD) | 70 | 224 |
| Premium (RWD) | 70 | 247 |
| Premium (eAWD) | 70 | 224 |

| | SELECT |
|---|---|
| **EXTERIOR** (in.) | |
| Wheelbase | 117.5 |
| Length | 185.6 |
| Height | 64.0 |
| Width (excluding mirrors) | 74.1 |
| **INTERIOR** (in.) | |
| Head room (front/rear) | 38.9/38.2 |
| Leg room (max. front/rear) | 43.3/38.1 |
| **CAPACITIES** (cu. ft.) | |
| Passenger volume | 101.1 |
| Max. cargo volume – behind front seats | 59.7[12,13] |
| Max. cargo volume – behind rear seats | 29.7[12,13] |
| Frunk volume | 4.7 |
| Seating | 5 |

Dimensions and capacities shown for base trim level.
Dimensions and capacities may vary by model.



*SELECT*

*CALIFORNIA ROUTE 1*



*GT*

*GT PERFORMANCE EDITION*



*PREMIUM*

*MUSTANG MACH-E® ICE WHITE APPEARANCE PACKAGE*

**S:** STANDARD  **O:** OPTIONAL  **P:** PACKAGED

## MECHANICAL

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| Rear-wheel drive (RWD) | S | S | S | |
| Electric All-Wheel-Drive (eAWD) System | O | O | O | S |
| Battery – Standard-range high-voltage | S | | S | |
| Battery – Extended-range high-voltage | | S | O | S |

## FORD CO-PILOT360™ TECHNOLOGY

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| 360-Degree Camera with Split View and Front Washer | P | S | S | O |
| **Ford Co-Pilot360 Active 2.0:** Ford BlueCruise, Active Park Assist™ 2.0 | P | S | S | O |

## COMFORT & CONVENIENCE

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| 4-way manual front-passenger seat | S | S | | |
| 8-way power front-passenger seat | | | S | S |
| Acoustic-laminate front-row side windows | | | S | S |
| Driver's seat and sideview mirrors memory feature | P | S | S | S |
| Head restraints – 2-way manual front | | | S | S |
| Head restraints – 4-way manual front | S | S | | |
| Interior cargo cover | P | S | S | S |
| Multicolor ambient lighting | | | S | S |
| Panoramic fixed-glass roof with Infrared Reflective (IRR) windshield | S | S | S/▲ | |
| Power-folding sideview mirrors | P | S | S | S |

## APPEARANCE

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| Black-painted roof (n/a with panoramic fixed-glass roof or Shadow Black exterior paint) | | | S | S |
| Front door-sill scuff plates – Black with Pony logo | S | | | |
| Front door-sill scuff plates – Aluminum with Pony logo and unique lettering | | S | S | |
| Front door-sill scuff plates – Metal with Pony logo and GT lettering | | | | S |
| LED reflector headlamps with courtesy delay and wiper activation | S | | | |
| LED projector headlamps with LED signature lighting | | S | S | S |
| Sideview mirrors – Body-color | | S | S | |
| Sideview mirrors – Black | S | | | S |
| Wheel-lip moldings – Black Molded-in-Color | S | | | |
| Wheel-lip moldings – Black | | | | S |
| Wheel-lip moldings – Body-color | | S | S | |

## CONNECTIVITY & ENTERTAINMENT

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| Audio – AM/FM stereo with 6 speakers | S | S | | |
| Audio – B&O® Sound System with 10 speakers including subwoofer | | | S | S |

## PACKAGES

| | SELECT | CALIFORNIA ROUTE 1 | PREMIUM | GT |
|---|---|---|---|---|
| | S | | S | |

**Comfort Package:** interior cargo cover; heated steering wheel; heated front seats; and driver's seat and power-folding sideview mirrors memory feature

**Comfort/Technology Package:** includes content of **Comfort Package** + 6-way manual front-passenger seat, 360-Degree Camera with Split View and Front Washer, and **Ford Co-Pilot360 Active 2.0:** Ford BlueCruise, Active Park Assist 2.0

**GT Performance Edition:** Enhanced Performance electric front motor; 20" machined-face aluminum wheels with high gloss Ebony Black-painted pockets; Ford Performance front seats with Performance Gray ActiveX™ Trimmed Seats with Metal Gray Metallic stitching and reflective, perforated Miko® sueded cloth inserts; fixed front-row head restraints; unique aluminum instrument panel appliqué; and MagneRide® Damping System

**Mustang Mach-E Ice White Appearance Package:** 19" machined-face aluminum wheels with Oxford White-painted pockets; Star White Metallic Tri-coat exterior paint; body-color-painted sideview mirror caps and wheel-lip moldings; unique Oxford White front door badging and Pony badges; Gloss White dashboard insert; Light Space Gray seats, door armrests and dual center armrest; and unique Oxford White steering wheel Pony badge

**Interior Protection Package:** cargo area protector, and front and rear floor liners (deletes standard front and rear carpeted floor mats)



**EXTERIOR**

1 Space White Metallic

2 Iced Blue Silver Metallic

3 Star White Metallic Tri-coat[1]

4 Dark Matter Gray Metallic

5 Rapid Red Metallic Tinted Clearcoat[1]

6 Grabber Blue Metallic

7 Shadow Black

8 Cyber Orange Metallic Tri-coat[1]

Colors are representative only. See your dealer for actual paint/trim options. **1.** Additional charge.

**INTERIOR**

SELECT — Black Onyx ActiveX™ Seating Material / 1–8

CALIFORNIA ROUTE 1 — Black Onyx ActiveX Seating Material / 1–8

PREMIUM — Light Space Gray Perforated ActiveX Seating Material / 1–8

Black Onyx Perforated ActiveX Seating Material / 1–8

Mustang Mach-E Ice White Appearance Package: Light Space Gray Perforated ActiveX Seating Material / 1–8

GT — Black Onyx ActiveX Seating Material with Miko® Inserts and Smoked Copper Metallic Stitching / 1–8

GT PERFORMANCE EDITION — Performance Gray ActiveX Seating Material with Reflective Perforated Miko Inserts and Metal Gray Metallic Stitching / 1–8

**WHEELS**

A. 18" Carbonized Gray-Painted Aluminum **Select** Standard

B. 18" High Gloss Black-Painted Aluminum with Low Gloss Black Aero Cover **California Route 1** Standard

C. 19" Shadow Silver-Painted Aluminum with High Gloss Black-Painted Aero Cover **Select** Optional

D. 19" Machined-Face Aluminum with High Gloss Black-Painted Pockets **Premium** Standard

E. 19" Machined-Face Aluminum with Oxford White-Painted Pockets **Mustang Mach-E Ice White Appearance Package** Included

F. 20" Machined-Face Aluminum with High Gloss Black-Painted Pockets and Aero Cover **GT** Standard

G. 20" Machined-Face Aluminum with High Gloss Ebony Black-Painted Pockets **GT Performance Edition** Included



**Ford** | FORD **ACCESSORIES**

The Ford Connected Charge Station provides fast charging at home for your Ford Mustang Mach-E.® It can be installed near where you park, inside or out. You can remotely lock and unlock, get insights on your charge sessions, and track your energy usage, all from the FordPass™ App, or even with Amazon Alexa™ or Google Assistant™ virtual personal assistant.

SHOP THE COMPLETE COLLECTION | **accessories.ford.com**

**A.** Cargo area protector

**B.** Charge cord bag¹

**C.** Floor liners

**D.** Dash cam systems¹

plan to lease or buy, Ford Credit has the option that's right for you. Ask your Ford Dealer for details or visit us online at ford.com/finance.

**Ford Insure.** Insurance that lets you earn discounts for safe driving, offering a maximum discount of 40% off your auto insurance. Ford Insure works with your 2022 Mustang Mach-E to gauge driving habits and calculate a discount based on how you drive. Visit fordinsure.com to learn more.

*American Road Services Company LLC (a Ford affiliate) is the licensed insurance agency offering Ford Insure and is underwritten by Nationwide Mutual Insurance Company and affiliates. Home Office: Columbus, OH. Ford Motor and Ford Credit are not insurance companies or agents. Subject to underwriting guidelines, review and approval. Details and availability varies; program criteria differ in California. Discounts do not apply to all coverage elements; actual savings vary by state, coverage selections, rating factors and policy changes.*

warranted by the accessory manufacturer's warranty. FLA are designed and developed by the accessory manufacturer and have not been designed or tested to Ford Motor Company engineering requirements. Contact your Ford Dealer for details and/or a copy of all limited warranties.

**Ford Original Accessories.** They're warranted for whichever provides you the greatest benefit: 24 months/unlimited mileage, or the remainder of your Bumper-to-Bumper 3-year/36,000-mile (whichever comes first) New Vehicle Limited Warranty.

**Ford Protect™ Extended Service Plans.** Whether you purchase or lease your Ford vehicle, insist on genuine Ford Protect extended service plans. Ford Protect has a variety of plans to give you peace-of-mind protection whether you want vehicle component or maintenance coverage. Plus, they are fully backed by Ford and honored at all Ford dealerships in the U.S., Canada and Mexico. When you visit your dealer, insist on genuine Ford Protect extended service plans.

**Ford Licensed Accessories (FLA)** are

**New Vehicle Limited Warranty.** We want your Ford Mustang Mach-E ownership experience to be the best it can be. Under this warranty, your new vehicle comes with 3-year/36,000-mile bumper-to-bumper coverage (whichever comes first), 5-year/60,000-mile Powertrain Warranty coverage (whichever comes first), 5-year/60,000-mile safety restraint coverage (whichever comes first), and 5-year/unlimited-mile corrosion perforation (aluminum panels do not require perforation) coverage (whichever comes first) – all with no deductible. Mustang Mach-E unique electric components are covered during the Hybrid/Electric Unique Component Coverage, which lasts for 8 years or 100,000 miles (whichever comes first). Please ask your Ford Dealer for a copy of these limited warranties.

**Roadside Assistance.** Covers your vehicle for 5 years or 60,000 miles (whichever comes first), so you have the security of knowing that help may be only a phone call away. Should you run out of charge, you can choose where you would like to have your vehicle towed for a recharge: your home, a public charge station or an EV-certified Ford Dealership. Ford also provides assistance if you lock yourself out of the vehicle or need to be towed to a dealer for repair.

POTENTIAL TAX INCENTIVES²

The 2022 Ford Mustang Mach-E qualifies for the

**$7,500**

Federal Tax Credit.

Depending on where you live and your personal tax situation, you may qualify for federal, state and city tax incentives for driving an all-electric vehicle.

You can learn more at **www.afdc.energy.gov/laws/409.**

**1.** Ford Licensed Accessory. **2.** The Federal Tax Credit is a potential future tax savings. The amount of your tax savings will depend on your individual tax circumstances. Please consult with your own tax or legal professional to determine eligibility, and specific amount of incentives or rebates available. Incentives and additional rebates are not within the control of Ford. This information does not constitute tax or legal advice.

Ford and Oval Device, 911 Assist, Active Park Assist, ActiveX, AdvanceTrac, AppLink, BLIS, BlueOval, Co-Pilot360, Ford, Ford Credit, Ford Protect, FordPass, FordPass. Built to Keep You Moving., Mustang, Mustang Mach-E, MyKey, Personal Safety System, SYNC and related marks are trademarks of Ford Motor Company.

Amazon, Alexa, and all related logos and marks are trademarks of Amazon.com, Inc. or its affiliates. Android Auto and Google Assistant are trademarks of Google LLC. Apple CarPlay is a trademark of Apple Inc., registered in the U.S. and other countries. BANG & OLUFSEN and B&O are registered trademarks of Bang & Olufsen Group. Licensed by Harman Becker Automotive Systems Manufacturing Kft. All rights reserved. Brembo is a trademark of Brembo S.p.A. MagneRide is a trademarked technology of BWI Group. Miko is a registered trademark of Miko s.r.l. SiriusXM, Pandora and all related logos and marks are trademarks of Sirius XM Radio Inc. and its respective subsidiaries.

Comparisons based on competitive models (class is Medium Utility), publicly available information and Ford certification data at time of release. Vehicles may be shown with optional equipment. Features may be offered only in combination with other options or subject to additional ordering requirements/limitations. Dimensions shown may vary due to optional features and/or production variability. Information is provided on an "as is" basis and could include technical, typographical or other errors. Ford makes no warranties, representations, or guarantees of any kind, express or implied, including but not limited to, accuracy, currency, or completeness, the operation of the information, materials, content, availability, and products. Ford reserves the right to change product specifications, pricing and equipment at any time without incurring obligations. Your Ford Dealer is the best source of the most up-to-date information on Ford vehicles.

 ford.com/suvs/mach-e



From day one, we had the future in mind. And over 118 years later, we continue that tradition of innovation. Ford Co-Pilot360™ Technology is helping push us closer to autonomous driving. The latest generation of voice-activated SYNC® fosters untethered communication. And our fully electric vehicles – the all-new 2022 Ford F-150 Lightning® pickup and the Mustang Mach-E® SUV – are charging across America.

We've always had our mind on the future. Now we're building it.

22MACPDF

©2021 Ford Motor Company



## FordPass.
## Built to Keep You Moving.™



Download the FordPass™ App[1] to access complimentary remote features including start/stop, lock/unlock and window controls,[2] find and activate public charging, keep an eye on your home charge sessions and even plan a road trip right from the palm of your hand. You can even activate Phone As A Key[3] to have your smartphone replace your traditional key fob.

**SCAN TO DOWNLOAD**
or visit FordPass.com
*Data rates may apply.*

**1.** The FordPass App, compatible with select smartphone platforms, is available via download. Message and data rates may apply. **2.** FordPass Connect, the FordPass App, and complimentary Connected Service are required for remote features (see FordPass Terms for details). Connected service and features depend on compatible AT&T network availability. Evolving technology/cellular networks/vehicle capability may limit functionality and prevent operation of connected features. Connected service excludes Wi-Fi hotspot. **3.** Requires feature activation. Not compatible with all mobile phones.

