UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMBER SULLIGAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware Limited Liability Company, <br><br> Defendant. | Case No. 2:22-cv-11668 |

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1. | Part 573 Safety Recall Report |
| 2. | MY 2021 Ford Mustang Mach-E brochure |
| 3. | MY 2022 Ford Mustang Mach-E brochure |
| 4. | *2022 Ford Mustang Mach-E MSRP and Invoice Price*, EDMUNDS.COM |
| 5. | June 13, 2022 NHTSA letter to Ford |
| 6. | *Testing in the Extremes: How Ford's Multiple Testing Facilities Push Vehicles to the Limit*, FORD.COM (OCT. 7, 2019) |
| 7. | IlliniBird, *Anybody Having Issues with Their Mach E?*, MACH E CLUB (Feb. 16, 2021), https://www.macheclub.com/threads/anybody-having-issues-with-their-mach-e.2317/ |

- 1 -

011110-11/2037879 V1