# Exhibit  4

 Try "RDX"

New    Used    Appraise    Reviews

Home  /  Ford  /  Ford Mustang Mach-E

# 2022 Ford Mustang Mach-E

MSRP range: **$43,895 - $61,995**  •  ★★★★½ [(15)](#)

Overview                          Review                          Pricing



8.2/10 Expert Rating                    #3 Luxury electric SUV

Select year
**2022 - New**                                                  ⌄

Select a trim
Select - $44,995 MSRP                                            ⌄

Case 2:22-cv-11668-LVP-EAS ECF No. 15-5, PageID.316 Filed 09/22/22 Page 3 of 21

| | |
|---|---|
| Total MSRP | $44,995 |
| What others are paying | $47,111 |

great    good    fair    high

$45,698    $48,524

Low supply is causing the market average price paid to be above MSRP. Shoppers are paying a markup of… *more*

---

**What Should I Pay**

Check Availability

See All for Sale

BUILD & PRICE ↗

Ford.com

2023    2022    2021

**2 Offers Near Lynnwood, WA**

Check out current offers on the Ford Mustang Mach-E

View Offers ↗

Ford.com

# 2022 Ford Mustang Mach-E Review

 by **Ronald Montoya** ⓘ

## Pros

✓ Sporty handling and acceleration, especially with the GT

✓ Plenty of range with the larger battery pack

- ✔ Big center touchscreen looks great and is easy to use
- ✔ Useful amount of cargo space

## Cons

- ✗ Limited number of front seat adjustments
- ✗ GT model can only deliver its peak performance in 5-second increments

## What's new

- Slightly more range on most models
- California Route 1 trim now available in AWD
- Ice White Appearance package is newly available
- First Edition package is no longer available
- Part of the first Mustang Mach-E generation for 2021

The 2022 Ford Mustang Mach-E is a handsome and sporty all-electric luxury SUV. While it's not mechanically related to the standard Ford Mustang, it draws plenty of influence from Ford's icon when it comes to design and feel. It's not the fastest EV around, and there are others that offer more range (though the Mach-E's real-world range is better than advertised). But we think it offers a great combination of both performance and range, especially when you add in the well-appointed cabin and excellent in-car tech.

For 2022, the Mach-E's usable battery capacity has gone up slightly across most trims. That in turn has slightly boosted the Mach-E's range. For example, last year's California Route 1 model with rear-wheel drive had an EPA-estimated range of 305 miles on a full charge. For 2022, that's up to 314 miles. In other notable changes this year, all-wheel drive is newly available on the California edition and an Ice White Appearance package will suit those who like a triple-white color motif.

The Mach-E's rivals are capable and plentiful and include the Tesla Model Y, Chevrolet's new Bolt EUV, all-new Hyundai Ioniq 5 and Kia EV6 (they're related), Volkswagen ID.4 and Volvo XC40 Recharge. It's a competitive group, and the Mustang Mach-E certainly has some distinct advantages. Read our test team's Expert Rating below to learn more about the Mach-E's biggest hits and misses.

## Edmunds Expert Rating

**Our Verdict** ⓘ

 **8.2**/10

It's a Mustang! It's an SUV! It's the all-electric Ford Mach-E! We didn't know what to expect when we heard Ford was cooking up an electric Mustang SUV, but we're certainly glad it exists. With engaging driving performance, no tailpipe emissions and over-the-air software updates on a huge center touchscreen, the Mach-E drives and looks like a car of the future.

*Rated for you by America's best [test team](#).*

## Performance   **8.0** /10

**How does the Mustang Mach-E drive?** The Mach-E may be a wagon-like SUV, but it delivers the speed and agility you'd expect of anything wearing a Mustang badge. We tested a Mach-E in the Premium trim with the extended-range battery and all-wheel drive. At the Edmunds test track, it zipped from 0 to 60 mph in 5.2 seconds. A few rival EVs are a little quicker (the Tesla Model Y, for instance) but overall the Mach-E, at least the version we tested, is pleasingly quick.

Ford tuned the handling dynamics to make even this all-wheel-drive SUV feel more like a rear-wheel-drive sport sedan. Around turns, it's playful and engaging. You'll feel a lot of body movement in transitions, but it's composed and stable.

In typical driving, the Mach-E delivers a buttery smooth experience. The regenerative braking effect works well and allows for one-pedal driving, which means you can slow down to a complete stop just by taking your foot off the accelerator. We actually prefer doing this than using the brake pedal; it's a little vague and grabby, making it hard to stop smoothly in typical driving. We hope Ford can improve the tuning with a future over-the-air software update.

## Comfort   **8.0** /10

**How comfortable is the Mustang Mach-E?** Highlights include a suspension that excels at soaking up large bumps in the road, a cabin that's well insulated against wind and ambient noise, and an excellent and easy-to-use climate control system. The available seat and steering wheel heaters get toasty pretty quick, though we'd welcome the option of seat ventilation for warmer climates.

The seats are pretty comfortable, with padding that feels as soft and cushy as memory foam but breathes better. But the seats lack a few key adjustments, such as a lower thigh cushion extender for longer-legged drivers. There's very little lateral support holding you in place. Unfortunately, seats with more adjustments are not available.

↓ *Continue reading Edmunds Expert Rating below*

# Compare dealer price quotes

2022 Ford Mustang Mach-E pricing in Lynnwood, WA 98037 ⌄



### Select

electric DD

**$47,111**

Compare Dealer Prices

5 for sale in 98037



### Premium

electric DD

**$52,315**

Compare Dealer Prices

3 for sale in 98037

**California Route 1**

electric DD

**$56,126**

Compare Dealer Prices

1 for sale in 98037



**2022 Ford Mustang Mach-E**

See All Trims ⤢

Ford.com

See all models ⌄

See all for sale

## Interior   **8.0** /10

**How's the interior?** Ford's latest Sync 4 infotainment system, specifically the one designed for the Mach-E's 15.5-inch central touchscreen, is one of our new favorites. Menus are easy to navigate, and there's a handy shortcut bar that's continually updated based on the last functions you used. And unlike the Tesla Model Y, the Mach-E also has a 10.2-inch digital drive cluster that displays pertinent info that's right in the driver's line of sight.

The front seats don't offer as many adjustments as you might find in a typical luxury sedan, but most

drivers should be able to settle into a seating position they like. In back, there's ample space for adults. Despite the Mach-E's fastback roofline, visibility is surprisingly decent, and climbing into and out of the cabin takes little effort. The Mach-E's push-button door releases are pretty cool and work well, though we wonder how robust they'll be over time.

## Technology  **8.5** /10

**How's the tech?** The Mach-E nails its interior tech. We like the big 15.5-inch center touchscreen that's supported by physical controls, such a volume knob. Unlike the Model Y, Apple CarPlay and Android Auto smartphone integration is present and also wireless (though you can still connect through USB cord). Ford's onboard navigation system is responsive and cleanly designed, but not so overly minimalistic like some competitor systems.

The Premium trim includes an excellent 10-speaker Bang & Olufsen sound system that creates a rich sound environment, with access to AM/FM and XM satellite radio. Our tester also included a comprehensive suite of advanced driver aids including adaptive cruise control, lane centering, blind-spot monitoring and 360-degree cameras. It was an early production prototype, so a few of the aids were unavailable, but the ones that worked worked very well.

## Storage  **8.0** /10

**How's the storage?** The Mach-E's hatch-style trunk helps maximize cargo space. Ford says there's 29 cubic feet of space behind the rear seats. That's not as generous as the Model Y, especially underfloor. There is, however, a very clever flexible cargo cover that attaches to the rear hatch and swings up out of the way or can be removed completely. Adding to the Mach-E's cargo capacity are the split rear seats that fold. The front trunk is a bit small but has a drain hole, allowing you to use it as an ice-filled cooler that can be drained later.

Up front, a two-tiered console offers plenty of storage options for your personal items and makes the front cabin look more spacious. The side door pockets are a decent width but short on height. A wireless charging pad ahead of the cupholders looks like it will accommodate two phones, but it's really only big enough for one.

Got little kids? The child safety seat anchor points are located behind slits in the seatback. They're not as visible as the Euro-style Isofix anchors but provide OK access.

## Range and Efficiency  **8.0** /10

**How are the range and efficiency?** [Editor's note: The following comes from our testing of a 2021 Mustang Mach-E. EPA-estimated range increased slightly starting for 2022 but the following test results are still broadly applicable.] The range estimate for a 2021 all-wheel-drive Mach-E with the extended-range battery is 270 miles with an efficiency of 37 kWh of battery power used per 100 miles. Both of those figures are average for a luxury EV.

In Edmunds' real-world range testing, the Mach-E was more efficient, using 33.1 kWh per 100 miles

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-5, PageID.322   Filed 09/22/22   Page 9 of 21

(remember that with an EV the lower the figure the better). It also outperformed its EPA-estimated range, going 304 miles on a full battery. Most EVs have exceeded their EPA estimates in our testing, with the notable exception of Tesla's vehicles.

Ford says the Mach-E can add up to 61 miles in as little as 10 minutes, or go from 10% to 80% battery charge in 45 minutes, with a 150-kW DC fast charger. Ford is also selling its own Connected Charge home charging station. Similar in concept to Tesla's Wall Connector, it's a high-powered charger that you can use to add up to 30 miles of charge per hour.

## Value    8.0 /10

**Is the Mustang Mach-E a good value?** Unlike Tesla, Ford's EV credits have not yet run out, meaning the potential discounts on the Mach-E make it a pretty attractive deal. Build quality feels solid overall, and the cabin is beautifully trimmed in a style that feels reminiscent of Scandinavian design. If not for the typical Ford switchgear that appears on the steering wheel and doors, you might think you were in a Lincoln.

Ford's warranty is a bit less generous compared to luxury makes but isn't that far off. Coverage lasts for three years/36,000 miles for bumper-to-bumper and five years/60,000 miles for the powertrain. Electric components are covered for eight years/100,000 miles including retention of 70% or more of the original battery capacity.

## Wildcard    9.0 /10

When Ford announced it was building an electric Mustang SUV, most of our team scoffed at the idea. Somehow the designers managed to pull it off. The Mach-E resembles a Mustang and yet is very practical. Ford also did well to include some driving personality in the way the Mach-E attacks corners. It's surprisingly fun on a curvy back road. Some EVs can be bland, but not this one.

# Which Mustang Mach-E does Edmunds recommend?

The costs can add up quickly when configuring a Mustang Mach-E. The entry Select trim offers plenty of standard options, though we suggest going with the **Premium** trim. It comes with a number of convenience and luxury features and gives you the most flexibility in picking a powertrain. The Premium trim also makes the Ice White Appearance package available, if you fancy a white interior and exterior. The standard battery should easily cover daily driving needs, but you'll want to opt for the extended-range battery if you're planning long-distance trips.

# Ford Mustang Mach-E models

The 2022 Ford Mustang Mach-E is classified as an all-electric SUV, but in reality it lies somewhere between SUV and wagon. It seats five people and is available in four trim levels: **Select**, **Premium, California Route 1** and **GT**. Most offer different battery and electric motor configurations that further influence power outputs and the EPA-estimated range you can drive on a full battery charge. The lineup includes:

Read more ⌄

# Consumer reviews

Read what other owners think about the 2022 Ford Mustang Mach-E.

## 4.1 ★★★★☆

15 reviews

| | |
|---|---:|
| 5 ★ | (53%) |
| 4 ★ | (27%) |
| 3 ★ | (6%) |
| 2 ★ | (6%) |
| 1 ★ | (8%) |

Write a review ›

See all 15 reviews ›

**Trending topics in reviews**

| interior | reliability & manufacturing quality | handling & steering | technology |

| driving experience | comfort | acceleration | infotainment system |

| sound system | ride quality | spaciousness | oil | dashboard |

| appearance | seats | engine | electrical system | doors |

| towing | value | road noise | maintenance & parts | transmission |

| lights | climate control | brakes |

## Most helpful consumer reviews

★★★★☆ Fun car to drive - be prepared for an EV

Mark, 02/14/2022
GT 4dr Hatchback AWD w/Extended Range (electric DD)

I have the GT with extended range and AWD. The car has excellent acceleration, especially from a start or passing. Very good handling for what is really a crossover. Large interior, also common to ev's. I guess they stole the idea of a large touch screen from Tesla and while I'd prefer more dedicated knobs and buttons (especially for heat), you get used to where things are, just draws …
Read more ∨

★★★★☆ Great first attempt at building a mainstream BEV

Van, 06/20/2022
Premium 4dr Hatchback AWD w/Standard Range (electric DD)

Mine is the Premium AWD with the extended range battery. It was a 2021 when I ordered it, but it ended up being a 2022 when it was delivered. Ford honored my original order price along with any rebates and financing deals they had at the time. This included the 2021 CA Clean Air Vehicle rebate! It's a great car with great overall build quality and features. Most of the reviews hit …
Read more ∨

★★★★★ Electric driving

Dave F, 03/02/2022
California Route 1 4dr Hatchback AWD w/Extended Range (electric DD)

Love my Mach-e. AWD for new england weather, reasonable range and good pickup. The quiet, comfortable ride is what sold the car for me. I use the dash board almost exclusively while driving and like the large monitor for navigation. Hatch is large and cargo space is very good for trips to the grocery store and home improvement store. In the winter, the frunk is great to keep stuff …
Read more ∨

★★★★☆ Lives up to the hype

brick, 04/16/2022
California Route 1 4dr Hatchback AWD w/Extended Range (electric DD)

I received my Mach 1 California route 1 after a 6 month wait. Though I didn't get frequent updates as to when the car would be delivered, the updates I did get were accurate. I ordered the car in iced blue metallic and was extremely pleased with the color. I have a 80 mile commute every day and the mileage has far surpassed what it is rated for. My 50 amp ChargePoint home charger works …

Read more ⌄

See all 15 reviews of the 2022 Ford Mustang Mach-E ›

Write a review ›

## Helpful shopping links

🏷️ See All for Sale ›

🔧 Build & Price ›

💰 Deals & Incentives ›

🚗 Lease Offers ›

🏷️ Price Checker™ ›

🏷️ Shop Used ›

# 2022 Ford Mustang Mach-E video

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-5, PageID.326   Filed 09/22/22   Page 13 of 21



Transcript

## Best Electric Cars Right Now | Ranking the Tesla Model Y, Porsche Taycan, Rivian R1T &mdash; More

Electric cars, or EVs, are all the rage these days. And with more and more automakers debuting new electric cars seemingly each week, it's safe to say that the electric revolution is beginning. But which EV is best? In this video, Ryan ZumMallen from Edmunds runs down our list of the… Read more

## Features & Specs

**Trim**

Select - $44,995 MSRP

**Total MSRP**

$44,995

 **EPA Battery & Range**

EPA KWh/100 mi. ⓘ: 34

Time To Charge Battery (At 240V) ⓘ: 8.8 hr.

EPA Electricity Range ⓘ: 230 mi.

EPA Combined MPGe ⓘ: 100 MPGe

**Seating**

5 seats

**Drivetrain**

Type: Rear Wheel Drive

Transmission: 1-speed direct drive

 **Basic Warranty**

3 yr./ 36000 mi.

**Dimensions**

Length: 185.6 in. / Height: 64.0 in.

Overall Width with Mirrors: 74.1 in.

Cargo Capacity, All Seats In Place: 34.4 cu.ft.

See all features & specs

---

 edmunds | PRICE CHECKER™

# Check a dealer's price

Bring back a dealer's quote, and we'll tell you if it's a good price!

## Check your price quote

---

## Build Your Ford Mustang Mach-E

Choose the trim, color, options, packages and more for your Ford



BUILD & PRICE ↗

Ford.com

---

# Safety

Our experts' favorite Mustang Mach-E safety features:

**BLIS (Blind Spot Information System)**
Alerts you if a vehicle is lurking in a blind spot or if a vehicle is approaching while you're reversing out of a parking space.

**Pre-Collision Assist**
Alerts you if a front collision is imminent and automatically applies the brakes in certain situations.

**Lane-Keeping System**
Automatically adjusts the steering to keep the vehicle centered within its marked lane.

**IIHS Rating**
The Insurance Institute of Highway Safety uses extensive crash tests to determine car safety.

See full safety scores ⌄

# Ford Mustang Mach-E vs. the competition



2022 Ford Mustang Mach-E



2022 Tesla Model Y

**Ford Mustang Mach-E vs. Tesla Model Y**

These two electric SUVs are similar in concept and available range and performance. The Model Y is a little roomier inside and has more cargo space, and it has the advantage of compatibility with Tesla's nationwide Supercharger network, but it costs thousands more when comparably equipped. The Mach-E counters with a more comfortable ride quality, easier-to-use controls, and inclusion of Apple CarPlay and Android Auto. Read Edmunds' long-term road test of the Tesla Model Y.

Compare Ford Mustang Mach-E & Tesla Model Y features ⟩

## Ford Mustang Mach-E vs. Volvo XC40 Recharge

The XC40 Recharge is a fully electric version of Volvo's XC40 extra-small SUV. The Mustang Mach-E wins out on most of the metrics, including passenger space, cargo space and maximum range. Ford offers a wider lineup of configurations too. But the XC40 Recharge is still undeniably charming in its own way.

Compare Ford Mustang Mach-E & Volvo XC40 Recharge features ⟩

## Ford Mustang Mach-E vs. Audi e-tron

If you're seeking a more luxurious electric SUV, the Audi e-tron is worth a look, but it'll cost you. The Audi is significantly more expensive, yet its range is estimated at only 222 miles. On the plus side, the e-tron gets high marks for its comfort, spaciousness and a reasonably fun-to-drive nature. There's also a sleek Sportback version with a tapering rear roofline.

Compare Ford Mustang Mach-E & Audi e-tron features ⟩

## People who viewed this also viewed

| Hyundai IONIQ 5 | Volkswagen ID.4 |
|---|---|
| 4.5833335 average Rating out of 12 reviews. | 5 average Rating out of 1 reviews. |
| Starting at $39,950 | Starting at $41,230 |

# 2022 Ford Mustang Mach-E First Impressions

 by **Reese Counts** ˙ 6/30/2021

## What is the Mach-E?

The [2022 Ford Mustang Mach-E](#) is a handsome and sporty all-electric luxury SUV. While it's not mechanically related to the standard [Ford Mustang](#), it draws plenty of influence from Ford's icon when it comes to design and feel. It's not the fastest EV around, and there are others that offer more range than the Mach-E ([though real-world range is better than advertised](#)). But we think it offers a great combination of both performance and range, especially when you add in the well-appointed cabin and excellent in-car tech. Since the Mach-E made its debut just last year, we don't think Ford is going to make too many changes for 2022.

Rivals are tough and plentiful. The Tesla Model Y is the most notable competitor. It offers more EPA-estimated range than the Mach-E, though we've been disappointed in its real-world results. It's also not as nice inside as the Ford. Other luxury EVs in this class include the Audi e-tron and Jaguar I-Pace, though we think the Mustang Mach-E is better than both of those models too. A few all-electric sedans around this price are available too, including the [Tesla Model 3](#) and Polestar 2.

## 🚘 Edmunds says

The [Ford Mustang Mach-E](#) is one of Edmunds' favorite cars on the road today. We don't expect any major changes for 2022, but that's hardly a bad thing.

# FAQ

▶ **Is the Ford Mustang Mach-E a good car?**

▶ **What's new in the 2022 Ford Mustang Mach-E?**

▶ **Is the Ford Mustang Mach-E reliable?**

▶ **Is the 2022 Ford Mustang Mach-E a good car?**

▶ **How much should I pay for a 2022 Ford Mustang Mach-E?**

▶ **What are the different models of Ford Mustang Mach-E?**

Case 2:22-cv-11668-LVP-EAS ECF No. 15-5, PageID.332 Filed 09/22/22 Page 19 of 21

# More about the 2022 Ford Mustang Mach-E

## 2022 Ford Mustang Mach-E Overview

The 2022 Ford Mustang Mach-E is offered in the following submodels: Mustang Mach-E Hatchback. Available styles include Select 4dr Hatchback w/Standard Range (electric DD), Premium 4dr Hatchback w/Standard Range (electric DD), Select 4dr Hatchback AWD w/Standard Range (electric DD), Premium 4dr Hatchback AWD w/Standard Range (electric DD), California Route 1 4dr Hatchback AWD w/Extended Range (electric DD), California Route 1 4dr Hatchback w/Extended Range (electric

Read more ⌄

# Related 2022 Ford Mustang Mach-E info

**Shop used vehicles in your area**
Used Chrysler PT Cruiser 2004
Used Toyota Highlander 2003
Used Mercedes-Benz G-Class 2013
Used Saturn Astra 2000
Used Chevrolet Silverado 2500HD 2001
Used Buick Envision 2018
Used BMW M3 2009
Used Cadillac DTS 1995
Used Ram Promaster City 2016
Used Land Rover Discovery 2010

**Popular new car reviews and ratings**
2022 Audi RS 5
2023 Kia Carnival
2023 Kia K5
2023 Subaru Legacy News
2022 Mercedes-Benz CLS-Class

2022 Toyota Tundra
Mercedes-Benz Metris 2022
2021 2
2021 Audi TT RS
2022 McLaren 720S Spider

**Vehicle rankings by type**
Best SUVs
Best Electric Cars
Best Hybrids
Best Trucks
Best Convertibles
Best Crossovers
Best Minivans
Best Compact Vehicles

**Other models to consider**
2022 F-150
2022 Ford Mustang
2022 Ford Escape
2022 Edge
2022 Ranger
2022 Ford Expedition
Ford F-150 2022

Ford Explorer 2022
2022 Ford Shelby GT500
2022 Bronco Sport

**Research Similar Vehicles**
2021 2
Mazda 3 2022
Nissan Kicks 2022
2022 Spark
2022 Honda Civic
2022 Volkswagen Golf GTI
2022 Toyota Prius
2022 Toyota Prius Prime
2022 Corolla Hatchback
2022 Chevrolet Bolt EV

**Hot new vehicles**
2021 Kia Telluride
2020 Tesla Model 3
2023 Vinfast VF-9
2023 Vinfast VF-8
2022 Ford Bronco

**More photos**

2022 Ford Mustang Mach-E Pictures

**Automotive News**
Ford News
EV News
Tesla News
Volkswagen News
Rivian News
Cadillac News
Jeep News
Porsche News
BMW News
Mazda News

**Recommended**
Dodge Charger 2013 SRT8 Superbee Review
Used BMW M5 CS Clearwater FL
Used Ford Explorer Toronto Oh
Used Isuzu Trooper Gadsden Al
Used Plymouth Prowler Alliance Oh

**Other models**
Used Dodge Caliber in Asheboro, NC
New Kia Stinger for Sale in Oak Ridge, TN

New Hyundai Ioniq-5 for Sale in Massillon, OH
New Mazda CX-50 for Sale in Mankato, MN
New Infiniti QX60 for Sale in Noblesville, IN
New Ford Transit-Connect-Cargo-Van for Sale in Westerville, OH
New Hyundai Ioniq-Hybrid for Sale in Deer Park, TX
New Hyundai Ioniq-5 for Sale in Newport News, VA
New Audi SQ5 for Sale in Hobbs, NM
New Ford F-350-Super-Duty for Sale in Belleville, IL
New Chevrolet Express for Sale in Albany, OR
New Lexus LC-500 for Sale in Elizabethtown, KY
New Cadillac Ct4-V-Blackwing for Sale in Lufkin, TX
New BMW X5-M for Sale in Crystal Lake, IL
New Jeep Wrangler-4Xe for Sale in Rexburg, ID
New Kia Stinger for Sale in West Hollywood, CA

Used Volkswagen CC in Vernon Hills, IL
New Lexus Ux-250H for Sale in New Rochelle, NY
New BMW X3 for Sale in Elk River, MN
New Lexus NX-350 for Sale in Madera, CA
New Kia Rio for Sale in Highland Park, IL
New BMW X4-M for Sale in Santa Cruz, CA
New Ford Ranger for Sale in East Lansing, MI
New Nissan Pathfinder for Sale in Romeoville, IL
New Nissan Rogue-Sport for Sale in Stockton, CA
New Audi Q3 for Sale in Bonita Springs, FL
New BMW X3-M for Sale in Greenfield, IN
New Kia Ev6 for Sale in Jupiter, FL
New Lexus Ux-250H for Sale in Medina, OH
New Cadillac XT5 for Sale in Olympia, WA



## Shopping for car insurance?
Make sure you're getting the best rate. Check Rates

## Join Edmunds
Receive pricing updates, shopping tips & more!

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-5, PageID.334   Filed 09/22/22   Page 21 of 21

email address

Sign Up

    

**Download the Edmunds app**

 

Help

About Us

Contact Us

Careers

Affiliate Program

Dealer Center

Your Ad Choices

Privacy Statement

Visitor Agreement

Accessibility

Site Map

Do Not Sell My Personal Information

Copyright & Trademark Notices

© Edmunds.com, Inc.