# Exhibit 5



U.S. Department of Transportation

**National Highway Traffic Safety Administration**

**1200 New Jersey Avenue SE**
**Washington, DC 20590**

June 13, 2022

Mr. Adrian Diaz
Assistant Engineering Director Automotive Safety Office
Ford Motor Company
330 Town Center Drive
Suite 500/5024
Dearborn, MI 48126

NEF-107DM

22V-412

**Subject:**  High Voltage Battery Contactor May Overheat

Dear Mr. Diaz:

This letter serves to acknowledge Ford Motor Company's notification to the National Highway Traffic Safety Administration (NHTSA) of a safety recall which will be conducted pursuant to Federal law for the product(s) listed below. Please review the following information to ensure that it conforms to your records as this information is being made available to the public. If the information does not agree with your records, please contact us immediately to discuss your concerns.

**Makes/Models/Model Years:**
FORD/MUSTANG MACH E/2021-2022

**Mfr's Report Date:**    June 10, 2022

**NHTSA Campaign Number:**    22V-412

**Components:**
ELECTRICAL SYSTEM:PROPULSION SYSTEM:TRACTION BATTERY:MANAGEMENT SYSTEM/
ENERGY CONTROL MODULE (BMS/BECM):SOFTWARE

**Potential Number of Units Affected:**    48,924

**Problem Description:**
Ford Motor Company (Ford) is recalling certain 2021-2022 Mustang Mach-E vehicles.  The high voltage battery main contactors may overheat.

**Consequence:**
An overheated high voltage battery contactor may cause the vehicle to lose drive power, increasing the risk of a crash.

**Remedy:**
Dealers will update the on-board software, free of charge.  Owner notification letters are expected to be mailed July 18, 2022. Owners may contact Ford customer service at 1-866-436-7332.  Ford's number for this recall is 22S41.

**Notes:**
Owners may also contact the National Highway Traffic Safety Administration Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to www.nhtsa.gov.



Please ensure the following requirements are met:

> An identification and description of the risk to motor vehicle safety reasonably related to the defect or noncompliance (49 CFR 573.6 (c)(5)). All filings should state an increased risk of either a crash, injury or fire.
>
> AMENDED 573 REQUIRED.

Please be reminded of the following requirements:

You are required to submit a draft owner notification letter to this office no less than five days prior to mailing it to the customers.  Also, copies of all notices, bulletins, dealer notifications, and other communications that relate to this recall, including a copy of the final owner notification letter and any subsequent owner follow-up notification letter(s), are required to be submitted to this office no later than 5 days after they are originally sent (if they are sent to more than one manufacturer, distributor, dealer, or purchaser/owner).

Please be reminded that under 49 U.S.C. § 30112(a)(3), it is illegal for a manufacturer, to sell, offer for sale, import, or introduce or deliver into interstate commerce, a motor vehicle or item of motor vehicle equipment that contains a safety defect once the manufacturer has notified NHTSA about that safety defect.  This prohibition does not apply once the motor vehicle or motor vehicle equipment has been remedied according to the manufacturer's instructions.

As stated in Part 573.7, submission of the first of eight consecutive quarterly status reports is required within one month after the close of the calendar quarter in which notification to purchasers occurs.  Therefore, the first quarterly report will be due on, or before, 30 days after the close of the calendar quarter.

Ford Motor Company's contact for this recall will be DeMara Magruder who may be reached by email at demara.magruder@dot.gov. We look forward to working with you.

Sincerely,

Alex Ansley
Chief, Recall Management Division
Office of Defects Investigation
Enforcement



NHTSA
NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION