# EXHIBIT 7

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.344   Filed 09/22/22   Page 2 of 13



# Anybody Having Issues with Their Mach E?

→ Jump to Latest       ⊕ Follow

---

1 - 20 of 218 Posts

| 1 | 2 | 3 | … | 11 | ► |

**IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✓ Discussion Starter · #1 · Feb 16, 2021                          ⋮

On Facebook and another forum there are numerous issues with the Mustang Mach E. One owner had his new car stall out in an intersection (later it was revealed 3 or 4 owners had similar issues with getting the warning on their dashboard). Another had the car become totally unresponsive (Bricked) until he was able to jump the 12 volt battery. Numerous others have had the 12 volt battery gone dead. There are many issues with PaaK not working (Android especially) and some other software problems. The dealers don't know how to correct these issues yet and Ford Engineers are coming out to assess the problems.

I'm not posting this to alarm people only to find out if there are any owners on this board having a problem with their new cars; I don't see any threads about it. 🤔

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

👍 Calvin400, Kitten and JTK44

💬 Reply    ❝⁺ Quote                                                    ⊡ Save    ⤳ Share

**xgman** · Registered 🇺🇸
Joined Jan 17, 2020 · 213 Posts

✕

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.345   Filed 09/22/22   Page 3 of 13



#2  ·  Feb 16, 2021

> **IlliniBird said:** ⬆
>
> and Ford Engineers are coming out to assess the problems.

Let's hope so!

💬 Reply   ❝ Quote                                    🔖 Save   ⤴ Share

---

**AtIMME** · Registered 🇺🇸
Joined Dec 31, 2020 · 21 Posts

#3  ·  Feb 16, 2021

> **IlliniBird said:** ⬆
>
> On Facebook and another forum there are numerous issues with the Mustang Mach E. One owner had his new car stall out in an intersection (later it was revealed 3 or 4 owners had similar issues with getting the warning on their dashboard). Another had the car become totally unresponsive (Bricked) until he was able to jump the 12 volt battery. Numerous others have had the 12 volt battery gone dead. There are many issues with PaaK not working (Android especially) and some other software problems. The dealers don't know how to correct these issues yet and Ford Engineers are coming out to assess the problems.
>
> I'm not posting this to alarm people only to find out if there are any owners on this board having a problem with their new cars; I
>
> Click to expand...

I've had mine for a week now and other than the Paak issue, have not had any problems.

💬 Reply   ❝ Quote                                    🔖 Save   ⤴ Share

---

**JTK44** · Registered 🇺🇸
Joined Apr 4, 2020 · 2,318 Posts

#4  ·  Feb 16, 2021

> **IlliniBird said:** ⬆
>
> On Facebook and another forum there are numerous issues with the Mustang Mach E. One owner had his new car stall out in an intersection (later it was revealed 3 or 4 owners had similar issues with getting the warning on their dashboard). Another had the car become totally unresponsive (Bricked) until he was able to jump the 12 volt battery. Numerous others have had the 12 volt battery gone dead. There are many issues with PaaK not working (Android especially) and some other software problems. The dealers don't know how to correct these issues yet and Ford Engineers are coming out to assess the problems.
>
> I'm not posting this to alarm people only to find out if there are any owners on this board having a problem with their new cars; I
>
> Click to expand...

On the macheclub.com there are similar issues to what you have raised.

A lot of them *seem* to be related to the cold temperatures or they could be teething problems relating to the

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.346   Filed 09/22/22   Page 4 of 13

production of a brand new technology.

One poster even thought maybe best to cancel and wait 6 to 9 months to let Ford work out the bugs in the MME.

I think a lot depends on your emotional state: if the MME is a car you have been dreaming of and cannot wait a minute longer to get, then proceed but be aware there will be problems and hiccups along the way. If your situation permits you to defer your purchase for 6 to 9 months that may be a prudent thing to do. Not only will the start up bugs be rectified, but the charging system will be more robust.

 Thomas1920, JTL, xgman and 1 other person

💬 Reply   ❝⁺ Quote                                        🔖 Save   ❮ Share

---

 **IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✅ Discussion Starter · #5 · Feb 16, 2021                              ⋮

> JTK44 said: ⊕
>
> On the macheclub.com there are similar issues to what you have raised.
>
> A lot of them *seem* to be related to the cold temperatures or they could be teething problems relating to the production of a brand new technology.
>
> One poster even thought maybe best to cancel and wait 6 to 9 months to let Ford work out the bugs in the MME.
>
> Click to expand...

Many of the issues I've listed seem to be related to cold weather too according to the reports.

---

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

💬 Reply   ❝⁺ Quote                                        🔖 Save   ❮ Share

---

 **IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✅ Discussion Starter · #6 · Feb 16, 2021                              ⋮

> JTK44 said: ⊕
>
> On the macheclub.com there are similar issues to what you have raised.
>
> A lot of them *seem* to be related to the cold temperatures or they could be teething problems relating to the production of a brand new technology.                                                    ✕
>
> One poster even thought maybe best to cancel and wait 6 to 9 months to let Ford work out the bugs in the MME.
>
> Click to expand...

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.347   Filed 09/22/22   Page 5 of 13

I'm on the fence about this. I feel like I'm thinking about owning the car 24/7, am on the forums hours each day and can't wait to get mine (still hasn't been scheduled for production). On the other hand, I don't want to spend hours/days taking the car back to the dealer or worse yet having it stall out or bricked due to a software issue. I still have several months to watch all this unfold before I am forced to make a final decision about buying it now or waiting. MY emotional state can swing either way at this point.

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

 Kitten, AJazzFan and Thomas1920

💬 Reply   ❝⁺ Quote                                                    🔖 Save   ⤢ Share

 **JTK44** · Registered 🇺🇸
Joined Apr 4, 2020 · 2,318 Posts

#7   ·   Feb 16, 2021                                                                    ⋮

> IlliniBird said: ↑
>
> I'm on the fence about this. I feel like I'm thinking about owning the car 24/7, am on the forums hours each day and can't wait to get mine (still hasn't been scheduled for production). On the other hand, I don't want to spend hours/days taking the car back to the dealer or worse yet having it stall out or bricked due to a software issue. I still have several months to watch all this unfold before I am forced to make a final decision about buying it now or waiting. MY emotional state can swing either way at this point.

A lot depends on your financial situation and how you feel about spending money.

Clearly the most logical and tried and true axiom is to "never buy first year of production": With brand new technology, and what could be newer than the MME for Ford, that would be doubly so.

Fortunately for me, finances are not an issue: but having said that, I did not get to this point in my life by "throwing away money": that is why I will not buy the MME only lease it. Presently Ford does not offer a competitive lease, and without one I am flat out not interested in the MME or any EV for that matter. I am still waiting for my FE and possibly, but probably not, when it comes in the situation will have changed. If has not then I will get my deposit back and the dealer can sell the FE to someone else.

I was really excited to be the first with the MME, but that has passed. So the desire for the FE/MME has waned, plus the lease on my Merc does not run out until the end of the year, so I have a fine car to drive until then.

Assuming there is no competitive lease when my FE arrives, in the Fall I will look and see what the market is. But having said that, I drive long distances in the winter and presently EV's just do not work for long distances in cold weather. That may be a real stumbling block for me.

My advice is to remain unemotional and if you can wait, I would.

 Fairlane 2020, Karen Lynne, Kitten and 4 others

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.348   Filed 09/22/22   Page 6 of 13



💬 Reply   ❝⁺ Quote                                         🔖 Save  ⧉ Share

**xgman** · Registered 🇺🇸
Joined Jan 17, 2020 · 213 Posts

#8 · Feb 16, 2021                                                    ⋮

> IlliniBird said: ⬆
>
> Many of the issues I've listed seem to be related to cold weather too according to the reports.

including being stranded in a snow storm with power failure. Just what you want to have happen when you buy a $60k new car. We'll see how quickly this gets addressed.

👍 HughesJu777, oldguardmd and IlliniBird

💬 Reply   ❝⁺ Quote                                         🔖 Save  ⧉ Share

**MachDrive** · Super Moderator 🇺🇸
Joined Jan 24, 2020 · 3,058 Posts

#9 · Feb 16, 2021                                                    ⋮

On this forum, I have seen:

- PaaK issues, most fixed by resetting PaaK from the big screen and re-linking.
- Android issues: rebooting when using USB, not connecting over Bluetooth. fixed with Android Auto update.
- FordPass app and charging network. This will improve with time (hopefully)
- crazy-low mileage reported on GOM. Resetting long term usage to remove transport data gets more accurate numbers.

from the other side:

- one person said there is excessive wind noise from glass roof. Not experienced by others.
- dead 12v batteries - experienced on cold climates. Batteries may be in weakened state from sitting around so long. Some affected, most not.
- excessive 'buzzing' from driver display. Some have it, most others don't. Under investigation.

Directly from Ford:
- Technical Support Bulletin recall - certain MMEs may need 'software calibration' so that the vehicle can get OTA updates. This also fixes a mysterious disappearing drivetrain fault message, and no-start conditions.

The rest are EV learning-curve related.

                                                                    ✕

*-MME4X Premium, Carbonized Gray, Light Space Gray Seating.*

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.349   Filed 09/22/22   Page 7 of 13



👍 3561, guyofthesky, jineshkj and 3 others

💬 Reply　❝⁺ Quote　　　　　　　　　　🔖 Save　�llⱺ Share

**IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✔ Discussion Starter　·　#10　·　Feb 16, 2021　　　　⋮

> JTK44 said: ⬆
>
> A lot depends on your financial situation and how you feel about spending money.
>
> Clearly the most logical and tried and true axiom is to "never buy first year of production": With brand new technology, and what could be newer than the MME for Ford, that would be doubly so.
>
> Fortunately for me, finances are not an issue: but having said that, I did not get to this point in my life by "throwing away money": that is why I will not buy the MME only lease it. Presently Ford does not offer a competitive lease, and without one I am flat out not
>
> **Click to expand...**

Thanks for the advice. Finances are not an issue although $60k for a car is high considering that's more than I paid for my Acura MDX with Technology Pkg and Entertainment Pkg (top of the line) in 2015. I'm leaning on buying it rather then waiting but like I said, I'll be watching the next few weeks (my car isn't even scheduled for production yet) closely and if more problems arise or Ford has a hard time correcting what is wrong now, I'll wait. Emotions are put aside for me if I think the car isn't baked.

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

💬 Reply　❝⁺ Quote　　　　　　　　　　🔖 Save　ⱺ Share

**IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✔ Discussion Starter　·　#11　·　Feb 16, 2021　　　　⋮

> xgman said: ⬆
>
> including being stranded in a snow storm with power failure. Just what you want to have happen when you buy a $60k new car. We'll see how quickly this gets addressed.

I hear you and am following situation closely.

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

💬 Reply　❝⁺ Quote　　　　　　　　　　🔖 Save　ⱺ Share

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.350   Filed 09/22/22   Page 8 of 13

 **IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

● Discussion Starter · #12 · Feb 16, 2021                                           ⋮

> MachDrive said: ⊕
>
> On this forum, I have seen:
>
> - PaaK issues, most fixed by resetting PaaK from the big screen and re-linking.
> - Android issues: rebooting when using USB, not connecting over Bluetooth. fixed with Android Auto update.
> - FordPass app and charging network. This will improve with time (hopefully)
> - crazy-low mileage reported on GOM. Resetting long term usage to remove transport data gets more accurate numbers.
>
> Click to expand...

I have seen all these issues too except I hadn't't heard the TSB recall would fix the disappearing drive fault message and no-start conditions; where did you hear this? Ford Engineers are coming out to assess these issues right now and I haven't heard their diagnosis of these problems yet. I saw the TSB and it was for a software calibration but didn't specify the specific problem it addressed.

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

 Reply    Quote                              ⊓ Save  ⊗ Share

 **MachDrive** · Super Moderator 🇺🇸
Joined Jan 24, 2020 · 3,058 Posts

#13 · Feb 16, 2021                                                                 ⋮

> IlliniBird said: ⊕
>
> I have seen all these issues too except I hadn't't heard the TSB recall would fix the disappearing drive fault message and no-start conditions; where did you hear this? Ford Engineers are coming out to assess these issues right now and I haven't heard their diagnosis of these problems yet. I saw the TSB and it was for a software calibration but didn't specify the specific problem it addressed.

It may or may mot be related to what you experienced:

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.351   Filed 09/22/22   Page 9 of 13



*-MME4X Premium, Carbonized Gray, Light Space Gray Seating.*

ave ⤴ Share

**IlliniBird** · Registered
Joined Oct 13, 2020 · 235 Posts

✓ Discussion Starter　·　#14　·　Feb 16, 2021

> MachDrive said: ⤴
>
> It may or may mot be related to what you experienced:
> View attachment 4384

Thanks, that's what I saw too. I didn't personally experience any issues as I don't have my car yet. I'm only aware of other people's issues with their cars. They do describe a no-start issue but not the drive fault issue.

2022 Toyota RAV4 Prime SE
Midnight Black Metallic

💬 Reply　❝⁺ Quote　　　　　🔖 Save　⤴ Share

**peugfan** · Registered
Joined Dec 22, 2019 · 569 Posts

✕

#15 · Feb 16, 2021 ⋮

> MachDrive said: ⊕
>
> It may or may not be related to what you experienced:

Have to love the wording of the "Customer Satisfaction Program" Ford issued. I guess having a car that does not start would not be very satisfying. (No shit!). Also calling a software error fix a "calibration update" is trying to soften the blow of we screwed up.

👍 Kitten

💬 Reply   ❝⁺ Quote                    🔖 Save   ❮ Share

J   **JTK44** · Registered 🇺🇸
    Joined Apr 4, 2020 · 2,318 Posts

#16 · Feb 16, 2021 ⋮

> MachDrive said: ⊕
>
> It may or may mot be related to what you experienced:
> View attachment 4384

Non start issues: wait 30 seconds and try again. Ford has to be kidding!

This is a non starter for my wife! Happens once and she will never get in the MME again.

Now I need to get a third car: One for her: one for me to drive in the winter and the MME.

I think I will wait a while and let others experience these issues which hopefully Ford will correct.

💬 Reply   ❝⁺ Quote                    🔖 Save   ❮ Share



J   **JTL** · Registered 🇺🇸
    Joined Dec 11, 2020 · 34 Posts

✕

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.353   Filed 09/22/22   Page 11 of 13

#17 · Feb 16, 2021                                                                ⋮

> JTK44 said: ⬆
>
> Non start issues: wait 30 seconds and try again. Ford has to be kidding!
>
> This is a non starter for my wife! Happens once and she will never get in the MME again.
>
> Now I need to get a third car: One for her: one for me to drive in the winter and the MME.
>
> I think I will wait a while and let others experience these issues which hopefully Ford will correct.

There was a time when I was all over getting a Mach E or a VW ID4 but no longer. I will wait a year or two and get a second generation something, probably more car at a lower price. I don't care about being the first on the block with an EV. Like all cars the minute you title it will drop like a rock in price and then factor in technological obsolescence for an even bigger hit. I once bought a Betamax, never again.

 JTK44

💬 Reply   ❝⁺ Quote                                                              🔖 Save   ⤙ Share

 **MachDrive** · Super Moderator 🇺🇸
Joined Jan 24, 2020 · 3,058 Posts

#18 · Feb 16, 2021                                                                ⋮

> JTK44 said: ⬆
>
> Non start issues: wait 30 seconds and try again. Ford has to be kidding!
>
> This is a non starter for my wife! Happens once and she will never get in the MME again.
>
> Now I need to get a third car: One for her: one for me to drive in the winter and the MME.
>
> I think I will wait a while and let others experience these issues which hopefully Ford will correct.

There is already a software fix for this. The dealer has to apply it before you take the car.

*-MME4X Premium, Carbonized Gray, Light Space Gray Seating.*

💬 Reply   ❝⁺ Quote                                                              🔖 Save   ⤙ Share

**Diogenes** · Registered 🇺🇸
Joined May 21, 2020 · 1,300 Posts                                            ✕

#19 · Feb 16, 2021                                                                ⋮

Remember Darren Palmer?


**Ford throws shade at Tesla over quality, calls its electric vehicles a 'compromise'**

The head of Ford's electrification effort has thrown some serious shade at Tesla over quality issues and promises that you won't have to make that compromise with Ford's electric vehicles. Darren Palmer, one of the original members of Ford's Edison team tasked to design the brand's first...

e electrek.co

I said at the time that Darren Palmer should just STFU until MMEs are delivered and performing well.

In just a bit when more people take deliveries, we'll know whether the issues are systemic and how Ford responds to them.

Maybe just me... I just don't like people in the public eye who run their mouth (Athletes and Celebrity's mostly but business execs too).

 Kitten and oldguardmd

💬 Reply    ❝⁺ Quote                                                              🔖 Save    ⦉ Share

---

 **MachDrive** · Super Moderator 🇺🇸
Joined Jan 24, 2020 · 3,058 Posts

#20   ·   Feb 16, 2021                                                                    ⋮

> IlliniBird said: ⊕
>
> Thanks, that's what I saw too. I didn't personally experience any issues as I don't have my car yet. I'm only aware of other people's issues with their cars. They do describe a no-start issue but not the drive fault issue.

The error DTC P0D2D would show as a drive fault error.

---

*-MME4X Premium, Carbonized Gray, Light Space Gray Seating.*

💬 Reply    ❝⁺ Quote                                                              🔖 Save    ⦉ Share

VerticalScope Inc., 111 Peter Street, Suite 600, Toronto, Ontario, M5V 2H1, Canada

The Fora platform includes forum software by XenForo

MachEClub.com is an independent Ford enthusiast website owned and operated by VerticalScope Inc. Content on MachEClub.com is generated by its users. MachEClub.com is not in any way affiliated with Ford Motor Company

Write your reply...

🔸 **B** *I* U̲ S̶ 🔹 A▾ T↕▾ 🔗 🖼 📷 ☺ ⋯▾ ☰▾ ☷▾ ⊞ ↺ ↻ 🗔▾ ⚙

Case 2:22-cv-11668-LVP-EAS   ECF No. 15-8, PageID.355   Filed 09/22/22   Page 13 of 13

↩ Post Reply

☒