## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| Exhibit 1 | Proposed Second Amended Complaint |
| Exhibit 2 | Redlined Version of Proposed Second Amended Complaint |