## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMBER SULLIGAN, SPENSER HENRY, IRA SHERMAN, THOMAS DOROBIALA, RICHARD KLEINER, MELISSA ORLANDO, BLAIR MYERS, JOSIP PETRUSIC, MATTHEW ROTHWELL, and DARNELL PETTIFORD, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>     Defendant. | Case No. 2:22-cv-11668-LVP<br><br>Honorable Linda V. Parker<br><br>Mag. Judge Elizabeth A. Stafford |

## PLAINTIFFS' NOTICE WITHDRAWING MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF NO. 31)

Plaintiffs hereby withdraw Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF No. 31).

- 1 -

Dated: September 17, 2024    Respectfully submitted,

By: */s/ Dennis A. Lienhardt*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com

Steve W. Berman
Shelby Smith
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
shelby@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*