# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMBER SULLIGAN, SPENSER HENRY, IRA SHERMAN, THOMAS DOROBIALA, RICHARD KLEINER, MELISSA ORLANDO, BLAIR MYERS, JOSIP PETRUSIC, MATTHEW ROTHWELL, and DARNELL PETTIFORD, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>                          Defendant. | Case No. 2:22-cv-11668-LVP<br><br>Honorable Linda V. Parker<br><br>Mag. Judge Elizabeth A. Stafford |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that this case is dismissed in its entirety with prejudice and without any court award of costs or fees to any party.

IT IS SO ORDERED.

                                                    s/ Linda V. Parker
                                                    LINDA V. PARKER
                                                    U.S. DISTRICT JUDGE

Dated: September 23, 2024

DATED: September 23, 2024

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| By: */s/ Dennis A. Lienhardt*<br>E. Powell Miller (P39487)<br>Dennis A. Lienhardt (P81118)<br>**THE MILLER LAW FIRM PC**<br>950 W. University Drive, Suite 300<br>Rochester, MI 48307<br>Telephone: (248) 841-2200<br>epm@millerlawpc.com<br>dal@millerlawpc.com<br><br>Steve W. Berman<br>Shelby Smith<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>shelby@hbsslaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | By: */s/ Randall W. Edwards (w/consent)*<br>Randall W. Edwards (CA 179053)<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>(415) 984-8700<br>redwards@omm.com<br><br>Kelsey M. Larson (CA 267982)<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-8048<br>klarson@omm.com<br><br>Stephanie A. Douglas (P70272)<br>Roger P. Meyers (P73255)<br>**BUSH SEYFERTH PLLC**<br>100 W. Big Beaver Rd., Ste. 400<br>Troy, MI 48084<br>(248) 822-7800<br>douglas@bsplaw.com<br><br>*Attorneys for Defendant Ford Motor Company* |